IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BECKY CHEDESTER, et al.,** | ) |
| | ) |
| Plaintiffs, | ) CIVIL ACTION 1:21-00447-KD-B |
| | ) |
| v. | ) |
| | ) |
| **GEBRUEDER KNAUF** | ) |
| **VERWALTUNGSGESELLSCHAFT KG,** | ) |
| **et al.,** | ) |
| | ) |
| Defendants. | ) |

# ORDER[1]

This action is before the Court on *sua sponte* review of the docket. "As federal courts, we are courts of limited jurisdiction, deriving our power solely from Article III of the Constitution and from the legislative acts of Congress," and "we are bound to assure ourselves of jurisdiction even if the parties fail to raise the issue." Harris v. United States, 149 F.3d 1304, 1308 (11th Cir. 1998). A "jurisdictional defect cannot be waived by the parties and may be raised at any point during litigation." Allen v. Toyota Motor Sales, U.S.A., Inc., 155 F. App'x 480, 481 (11th Cir. 2005).

A review of the operant complaint (Doc. 47) reveals that it fails to properly allege the citizenship of the Knauf Defendants. In their answer to the Plaintiffs' complaint, the Knauf Defendants simply admit the Court has diversity jurisdiction in this matter (Doc. 48 at 2). At issue is missing information as to the Knauf Defendants' respective members. See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004) ("To sufficiently allege the citizenships of these unincorporated business entities, a party must list the

---

[1] The Court grants leave to file a joint motion to amend the pleadings.

citizenships of all the members of the limited liability company and all the partners of the limited partnership.").

Accordingly, it is **ORDERED** that on or before **September 6, 2023**, the parties shall file: (1) a Joint Stipulation of Facts setting forth any agreed facts relevant to diversity jurisdiction; and (2) a Joint Motion to Amend Pleadings by Interlineation, setting forth in detail the allegations as to the Knauf Defendants' citizenship that the parties wish to incorporate into the amended complaint (Doc. 47)), and responsive paragraphs answering those new allegations that the parties wish to incorporate into the Knauf Defendants' answers and affirmative defenses (Doc. 48).[2] The amended complaint and amended answers shall not make any changes other than those relating to citizenship.

**DONE** and **ORDERED** this the 31st day of **August 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[2] The Court reminds the parties that they must address the membership of any members that are themselves limited liability entities. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017).