# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BECKY CHEDESTER, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION 1:21-00447-KD-B |
| | ) |
| **GEBRUEDER KNAUF** | ) |
| **VERWALTUNGSGESELLSCHAFT KG,** | ) |
| **et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

This action is before the Court on notice from United States Magistrate Judge Sonja F. Bivins that the settlement conference was successful, and this action has settled. The parties request additional time to finalize the settlement agreement. Accordingly, this action is **DISMISSED** with prejudice[1] **subject to the right of either party to reinstate the action within thirty (30) days of the date of this Order** should the settlement agreement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

DONE and ORDERED this the 31st day of October 2023.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] Defendants report that all Knauf entities except Knauf Plasterboard (Tianjin) Co., Ltd. and Knauf Gips KG were dismissed in the Multi-District Litigation No. 2047 for lack of personal jurisdiction or summary judgment, or by voluntary dismissal by the plaintiffs in Elizabeth Bennett, et al. v. Knauf Gips, KG, et al., 2:14-cv-02722 (E.D. La. 2014) (doc. 92, p. 2, n. 3-6).